ANTHONY CAPOBIANCO (SBN 162551)
DEREK WALLEN (SBN 214477)
**CAPOBIANCO LAW OFFICES, P.C.**
41990 Cook Street, Bldg. F, Suite 2006
Palm Desert, California 92211
Telephone: (760) 568-6500
Facsimile: (760) 568-0100
acapobianco@capobiancolaw.com
dwallen@wallenlaw.com

Attorneys for Defendant
George Smith Partners, Inc.

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION)

| | |
|---|---|
| STARGAZE MANAGEMENT, LLC, JAMES DOYLE, and JOHN DURAN,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SMITH PARTNERS, INC., NATHAN AUSLANDER, JP MORGAN CHASE, N.A., PAPKEN PAKHCANIAN, BLACKSTONE RESOURCES, INC., FRANKLIN PALM, HERMES CAPITAL GROUP, M. SPENCER BECK, and DONALD G. DAVIS,<br><br>Defendants. | Case No. 2:15-cv-02755-R-E<br><br>[Assigned to Hon. Manuel L. Real]<br><br>**NOTICE TO COUNSEL OF JUDGE MANUEL L. REAL'S STANDING ORDER** |

CAPOBIANCO LAW OFFICES, P.C.
A PROFESSIONAL LAW CORPORATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Judge Manuel L. Real has issued the following Order applicable in this matter, a copy of which is attached.

Respectfully submitted,

Date: April 23, 2015	CAPOBIANCO LAW OFFICES, P.C.

By:	/s/ Anthony Capobianco
	Anthony Capobianco
	Attorneys for Defendant George
	Smith Partners, Inc.

– 1 –
NOTICE TO COUNSEL
CASE NO. 2:15-cv-02755-R-E

# **CERTIFICATION OF SERVICE**

I hereby certify that on April 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                  /s/ Anthony Capobianco
                                                      Anthony Capobianco

# Mailing Information for a Case 2:15-cv-02755-R-E Stargaze Management, LLC et al v. George Smith Partners, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Anthony Capobianco**
  acapobianco@capobiancolaw.com,knguyen@capobiancolaw.com

- **Stephen McClain Cole**
  scole@lynnllp.com

- **Alan Dabdoub**
  adabdoub@lynnllp.com

- **Trey Langston Dolezal**
  dolezal@khdalaw.com

- **Charles A Gall**
  cgall@hunton.com

- **Daniel D Tostrud**
  dtostrud@cobbmartinez.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`